```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
TERRY BLIGEN,                       :
                    Petitioner,     :    09 Civ. 3841 (GBS)(HBP)

     -against-                      :    ORDER

SUPERINTENDENT C. WOUGHTER,         :

                    Respondent.     :
-----------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-29-09

PITMAN, United States Magistrate Judge:

I believe that Mr. Litsky's letter dated July 22, 2009 resolved the issues raise in petitioner's letter dated July 17, 2009. Unless I receive a further request from petitioner, I shall consider the dispute closed.

Dated: New York, New York
       July 29, 2009

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Mr. Terry Bligen
DIN No. 05-R-0684
Mohawk Correctional Facility
P.O. Box 8451
6100 School House Road
Rome New York  13442-8451

Thomas B. Litsky, Esq.
Assistant Attorney General
State of New York
120 Broadway
New York, New York  10271